**FILED**

03/04/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0502

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0502

_____

GATEWAY HOSPITALITY GROUP INC.,
WESTERN HOSPITALITY GROUP, LP, d/b/a
HILTON GARDEN INN MISSOULA; KALISPELL
HOTEL, LLC, d/b/a HILTON GARDEN INN
KALISPELL; BOZEMAN LODGING INVESTORS,
LLC, d/b/a HILTON  GARDEN INN BOZEMAN;
JWT HOSPITALITY GROUP, LLC, d/b/a HILTON
GARDEN INN BILLINGS, and JOHN DOES 1-5,

       Plaintiffs and Appellees,

  v.

PHILADELPHIA INDEMNITY INSURANCE
COMPANY,

       Defendant and Appellant.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Shane Vannatta, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 4 2020